IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| JEREMY CAMERON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-272-KI |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| T-MOBILE USA INC., | ) | |
| | ) | |
| Defendant. | ) | |

William D. Stark
876 Welcome Way S. E., Suite 200
Salem, Oregon 97302

    Attorney for Plaintiff

Paula A. Barran
Todd A. Hanchett
Barran Liebman LLP
601 S. W. Second Avenue, Suite 2300
Portland, Oregon 97204-3159

    Attorneys for Defendant

KING, Judge:

I grant T-Mobile's motion for summary judgment (#64) and dismiss the action with prejudice.

IT IS SO ORDERED.

Dated this    28th    day of April, 2005.

        /s/ Garr M. King
Garr M. King
United States District Judge